UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

EMMONS-SHEEPSHEAD BAY
DEVELOPMENT LLC,                              Chapter 11
                                              Case No.: 1-12-46321
                Debtor

-----------------------------------------------------------------X

METROPOLITAN ESTATES, INC.,
ALEX DIKMAN,
ALBERT WILK d/b/a WILK REAL ESTATE, LTD.,
and METROPOLITAN ESTATES, INC., ALEX
DIKMAN, and ALBERT WILK
derivatively on behalf of EMMONS
AVENUE, LLC

              Plaintiffs,

vs.                                           Adversary No. 14-01003

EMMONS-SHEEPSHEAD BAY
DEVELOPMENT LLC
              Defendant.
-----------------------------------------------------------------X
## AFFIDAVIT OF SERVICE

It is hereby certified under the penalty of perjury that the undersigned, Amrit Singh, on July 1st, 2014, served the following parties by putting in a mail, postage pre-paid, a copy of the Amended Complaint along with the original complaint:

MITCHEL GREENE
ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK pc.
875 THIRD AVENUE
NEW YORK, NEW YORK 10022-0123

JEFFREY M. SCHWARTZ
EMMONS-SHEESHEAD BAY DEVELOPMENT LLC
270 MADISON AVENUE
NEW YORK NY 10016

DEBTOR
EMMONS SHEEPSHEAD BAY DEVELOPMENT LLC
3112-3114 EMMONS AVENUE
BROOKLYN NY 11213

OFFICE OF US TRUSTEE
201 VARRICK STREET
SUITE 1006
NEW YORK NY 10014

It is also certified that a copy of the same Complaints were also mailed via FedEx Over-night delivery to the same parties. Attached is the exhibits as well as receipt of payment.

Dated: July 2nd, 2014
New York New York

Amrit Singh