**ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.**
875 Third Avenue, 9th Floor
New York, New York 10022
Telephone: (212) 603-6300
Facsimile: (212) 956-2164
**A. Mitchell Greene, Esq.**
*Attorneys for the Reorganized Debtor*

<u>**Hearing Date and Time:**</u>
**April 21, 2015 at 2:00 p.m.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------- X

In re:

**EMMONS-SHEEPSHEAD BAY
DEVELOPMENT, LLC,**

                    Debtor.
--------------------------------------------------------- X
**METROPOLITAN ESTATES, INC., ALEX
DIKMAN, ALBERT WILK D/B/A WILK
REAL ESTATE, LTD., and
METROPOLITAN ESTATES, INC., ALEX
DIKMAN, and ALBERT WILK
derivatively
on behalf of EMMONS AVENUE, LLC**,

Plaintiffs,

v.

**EMMONS-SHEEPSHEAD BAY
DEVELOPMENT LLC**,

Defendant.
_____

Confirmed Chapter 11

Case No.: 12-46321 (ESS)

Adv. Pro. No. 14-01003 (ESS)

# ORDER DENYING MOTION TO RECONSIDER AND OR ALTER, VACATE THE JUDGMENT AND TO PROVIDE FINDING

Albert Wilk d/b/a Wilk RE, Alex Dikman and Metropolitan Estates, Inc., in a derivative capacity (the "Movants") having filed a Motion to Reconsider the Order Dismissing the Amended Complaint and Denying Leave to Replead (the "Motion") and an affirmation in support of the Motion (ECF doc. no. 24) on January 5, 2015; and Emmons-Sheepshead Bay Development LLC, the Debtor herein, having filed its Opposition to Motion to Reconsider (ECF doc. no. 28) on March 20, 2015; and Movants having filed exhibits to the Motion (ECF doc. nos. 30 and 31) on March 27, 2015; and a hearing having been held before this Court on April 21, 2015, to consider the Motion; and in accordance with the determination by this Court and for the reasons set forth on the record of the hearing and upon the record of the hearing held on April 21, 2015; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED,** that the *Plaintiffs'* motion *to vacate or alter or reconsider the Court's decision dismissing the Plaintiffs' Complaint with prejudice or to provide or amend the Court's findings* is ~~hereby~~ denied in its entirety.



Dated: Brooklyn, New York  
April 24, 2015

Elizabeth S. Stong  
United States Bankruptcy Judge